**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA (Philadelphia)**

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| | : | |
| **ADAM M. WEISBAUM** | : | Bankruptcy No. 21-10200-amc |
| | : | |
| **Debtor** | : | |

**NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS**

Please take notice that the undersigned hereby enters her appearance as counsel for and on behalf of National Capital Management, L.P. ("NCM") and hereby requests, pursuant to Rule 9010(b) of the Federal Rule of Bankruptcy Procedure (the "Rule"); and, pursuant to Rules 2002 and 9001 of the Federal Rules of Bankruptcy Procedure and 11 U.S.C. § 342, that copies of all notices and pleadings given or filed in this case be given and served upon the party listed below at the following address and telephone number:

> Leona Mogavero, Esquire
> Friedman Schuman, P.C.
> 101 Greenwood Avenue, Suite 500
> Jenkintown, PA 19046
> Telephone:  (215) 635-7200
> Facsimile:  (215) 635-7212
> LMogavero@fsalaw.com

Please take further notice that the foregoing request includes not only the notice and papers referred to in the Rules specified above, but also includes, without limitation, any order, notice, application, complaint, demand, motion, petition, pleading, or request, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex, or otherwise filed or made with regard to the referenced case and proceeding herein.

This Notice of Appearance and Request for Service of Papers, and any subsequent appearance, pleading, claim, or suit, shall not be deemed or construed to be waiver of NCM's

right (i) to have final orders in non-core matters entered only after de novo review by a district judge, (ii) to trial by jury in any proceeding so triable herein or in any case, controversy or proceeding related hereto, (iii) to have the reference withdrawn by the United States District Court in any matter subject to mandatory or discretionary withdrawal, or (iv) other rights, claims, actions, defenses, setoffs or recoupments to which NCM is or may be entitled, in law, or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments NCM expressly reserves.

Respectfully submitted,

*L. Mogavero*

Dated: January 29, 2021

_____

Leona Mogavero, Esquire
Friedman Schuman, P.C.
101 Greenwood Avenue, Suite 500
Jenkintown, PA 19046
Telephone: (215) 635-7200
Facsimile: (215) 635-7212
LMogavero@fsalaw.com
Counsel for National Capital Management, L.P.