# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

        Chapter 13

        Bankruptcy No. 21-10200-AMC

ADAM M. WEISBAUM

68 SKYLINE DRIVE

CHALFONT, PA 18914

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

ADAM M. WEISBAUM

68 SKYLINE DRIVE

CHALFONT, PA 18914

Counsel for debtor(s), by electronic notice only.

JON M ADELSTEIN ESQ
3993 HUNTINGDON PIKE
SUITE 210
HUNTINGDON VALLEY, PA 19006-

Date: 8/11/2021

/S/ William C. Miller
_____
William C. Miller, Esquire
Chapter 13 Standing Trustee